**SAO**
**RYAN M. ANDERSON, ESQ.**
Nevada Bar No. 11040
**JACQUELINE R. BRETELL, ESQ.**
Nevada Bar No. 12335
**MORRIS//ANDERSON**
716 S. Jones Blvd.
Las Vegas, Nevada 89107
Phone:  (702) 333-1111
Fax:  (702) 507-0092
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAVAE HILL,                                     )<br>                                                             )<br>            Plaintiff,                            )<br>                                                             )<br>vs.                                                     )<br>                                                             )<br>JORGE VAZQUEZ,                         )<br>DOE OWNER, I-V, DOE DRIVER, I-V,  )<br>ROE EMPLOYER, and ROE         )<br>COMPANIES,                                  )<br>                                                             )<br>            Defendants.                        )<br>_____) | CASE NO: 2:14-cv-859-APG-PAL |

**STIPULATION AND ORDER TO EXTEND DATE FOR FILE JOINT PRETRIAL ORDER**

WHEREAS, pursuant to the order of this Court (Doc. #14), the parties were to file a Joint Pretrial Order on or before January 30, 2015; and

WHEREAS, in mid-January of 2015, Lora Schneider, Esq. was brought in as an employee of Defendant's firm to handle the ongoing litigation in this matter; and

WHEREAS, since mid-January of 2015, counsel for Plaintiff and Defendant have engaged in extensive settlement negotiations, and are attempting to reach an agreement in this matter;

IT IS HEREBY STIPULATED AND AGREED by and between JACQUELINE R. BRETELL, ESQ. of the law firm MORRIS ANDERSON LAW, Attorneys for Plaintiff SHAVAE HILL and LORA SCHNEIDER, ESQ. of the law firm THARPE & HOWELL, LLP, Attorneys for Defendant JORGE VAZQUEZ as follows:

That the deadline for filing the Joint Pretrial Order be extended for a period of fourteen (14) days to allow Plaintiff and Defendant to negotiate a settlement, otherwise this will allow counsel to submit a Joint Pretrial Order to this court no later than February 13, 2015.

| Dated: January 30, 2015 | Dated: January 30, 2015 |
|---|---|
| **MORRIS//ANDERSON** | **THARPE & HOWELL, LLP** |
| /s/Jacqueline R. Bretell | /s/Lora S. Schneider |
| **RYAN M. ANDERSON, ESQ.** | **LORA STANLEY SCHNEIDER, ESQ.** |
| Nevada Bar No. 11040 | Nevada Bar No. 10448 |
| **JACQUELINE R. BRETELL, ESQ.** | 6897 W. Charleston Blvd. |
| Nevada Bar No. 12335 | Las Vegas, Nevada 89117 |
| 2001 S. Maryland Pkwy. | *Attorney for Defendant* |
| Las Vegas, Nevada 89104 | |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED**.

**IT IS FURTHER ORDERED** that the parties shall comply with the requirements of LR 6-2 governing the required form of order for stipulations, *ex parte*, or unopposed motions in any future application for relief from the court.

**DATED** this 2nd day of February, 2015.

Peggy A. Leen
United States Magistrate Judge