UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHAVAE HILL,<br><br>                            Plaintiff,<br>v.<br><br>JORGE A. VASQUEZ,<br><br>                            Defendant. | Case No. 2:14-cv-00859-APG-PAL<br><br>ORDER<br><br>(Subst Atty – Dkt. #26) |

This matter is before the court on the Substitution of Attorney (Dkt. #26) filed March 27, 2015. Walter R. Cannon and the law firm of Olson, Cannon, Gormley, Angulo & Stoberski seek leave to be substituted in the place and stead of Lora A. Schneider and the law firm of Tharpe & Howell, LLP, for Defendant Jorge A. Vasquez. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that:

1. The Substitution of Attorney (Dkt. #26) is **APPROVED**.
2. Walter R. Cannon and the law firm of Olson, Cannon, Gormley, Angulo & Stoberski is substituted in the place and stead of Lora A. Schneider and the law firm of Tharpe & Howell, LLP, for Defendant Jorge A. Vasquez, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 31st day of March, 2015.

                                                                                    _____<br>
                                                                                     PEGGY A. LEEN<br>
                                                                                     UNITED STATES MAGISTRATE JUDGE